

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2019

No. 04-19-00249-CV

**IN RE** James Brent **MANSFIELD**

Original Mandamus Proceeding[1]

### ORDER

On April 22, 2019, relator filed a petition for writ of mandamus and the real party in interest responded. After reviewing the petition, the response, and the record, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Kirsten Cohoon is ORDERED to vacate her April 1, 2019 Order on Motion For Temporary Orders Pending Appeal within fifteen days from the date of this order  The writ will issue only if we are notified that Judge Cohoon has not complied within fifteen days from the date of this order.

It is so **ORDERED** on June 12, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 16-443CCL, styled *In the Interest of H.E.W.M., a Child*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.